# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Dallas Earl Tyson** | ) | Case No. _____ |
| **545 Burrage Rd. NE** | ) | Chapter **13** |
| **Concord, NC 28025** | ) | |
| | ) | |
| **Colleen Barrett Tyson** | ) | |
| **545 Burrage Rd. NE** | ) | |
| **Concord, NC 28025** | ) | |
| | ) | |
| | ) | |
| | ) | |
| SS#  **xxx-xx-8808** | ) | |
| SS#  **xxx-xx-0131** | ) | |
| Debtor(s) | ) | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **February 22, 2017** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I. Plan Payments**

The plan proposes a payment of **$3,225.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II. Administrative Costs**

1. **Attorney fees.**

   ■ The attorney for the Debtor will be paid the base fee of $4,500.00. The Attorney has received $ **500.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III. Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a. ■ None

   b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Cabarrus County Tax Collector** | $0.00 |
| **Credit Bureau** | $0.00 |
| **Employment Security Commission** | $0.00 |
| **IRS** | $0.00 |
| **NC Department of Revenue** | $0.00 |

IV. **Secured Claims**

1. **Real Property Secured Claims**

   a. ☐ None

   b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Everhome Mortgage Co/Ever Bank** | **545 Burrage Rd. NE Concord, NC 28025 Cabarrus County 4 bed, 2.5 bath, 1518 sqft Tax Value $168,190.00** | NR | Y | $391.36 | $0.00 | T |
| **Shellpoint Mortgage Se** | **545 Burrage Rd. NE Concord, NC 28025 Cabarrus County 4 bed, 2.5 bath, 1518 sqft Tax Value $168,190.00** | NR | Y | $585.00 | $0.00 | T |

2. **Personal Property Secured Claims**

   a. ☐ None

   b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **World Omni Financial** | **2015 Toyota RAV4 18,000 miles Utility 4D XLE 2WD I4 NADA Clean Retail $22,250.00** | $24,947.00 | N | $0.00 | $47.00 | $476.52 | 5.5% |
| **World Omni Financial** | **2014 Toyota Tundra 16,400 miles SR 2WD 5.7L V8 NADA Clean Retail $22,600.00** | $20,246.00 | N | $0.00 | $38.00 | $386.72 | 5.5% |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

V. **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __100__ %.

VII. **Executory Contracts/Leases**

    a.    ■ None

    b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

    c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

VIII. **Special Provisions**

    a.    ■ None

    b.    Other classes of unsecured claims and treatment

  c. Other Special Terms

| | | | |
|---|---|---|---|
| Date: | **February 22, 2017** | **/s/ Kristen Nardone** | |
| | | **Kristen Nardone 28063** | |
| | | Attorney for the Debtor | |
| | | Address: | **PO Box 1394** |
| | | | **Concord, NC 28026-1394** |
| | | Telephone: | **704-784-9440** |
| | | State Bar No. | **28063** |

Software Copyright (c) 1996-2016, Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
|    **Dallas Earl Tyson** | ) | NOTICE TO CREDITORS |
|    **Colleen Barrett Tyson** | ) | AND |
| | ) | PROPOSED PLAN |
| SS#  **xxx-xx-8808** | ) | |
| SS#  **xxx-xx-0131** | ) | Case No. _____ |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**AAFES**
**Attn: AA-T/R**
**3911 S. Walton Walker Blvd.**
**Dallas, TX 75236-1598**

**Bank Of America**
**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

**Bank Of America**
**Po Box 982238**
**El Paso, TX 79998**

**Cabarrus County Tax Collector**
**Box 707**
**Concord, NC 28026**

**Citibank/The Home Depot**
**Citicorp Cr Srvs/Centralized Bankruptcy**
**Po Box 790040**
**S Louis, MO 63129**

**Citibank/The Home Depot**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Comenity Bank/Express**
**Po Box 18215**
**Columbus, OH 43218**

**Comenity Bank/Express**
**Po Box 182789**
**Columbus, OH 43218**

**Credit Bureau**
**ATTN: Officer or Managing Agent**
**PO Box 26140**

**Greensboro, NC 27402-6140**

**DavisNardone PC**
**PO Box 1394**
**Concord, NC 28026**

**Employment Security Commission**
**PO Box 26504**
**Raleigh, NC 27611-6504**

**Everhome Mortgage Co/Ever Bank**
**Attn: Bankruptcy Department**
**301 West Bay Street**
**Jacksonville, FL 32202**

**Everhome Mortgage Co/Ever Bank**
**301 W Bay St**
**Jacksonville, FL 32202**

**Genpact Services, LLC**
**1155 Avenue of the Americas, 4th Floor**
**New York, NY 10036**

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Kohls/Capital One**
**Kohls Credit**
**Po Box 3043**
**Milwaukee, WI 53201**

**Kohls/Capital One**
**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**

**Kohls/Capital One**
**Kohls Credit**
**Po Box 3043**
**Milwaukee, WI 53201**

**Kohls/Capital One**
**N56 W 17000 Ridgewood Dr**
**Menomonee Falls, WI 53051**

**Military Star/AAFES**
**Po Box 650060**
**Dallas, TX 75265**

**Military Star/AAFES**
**3911 S Walton Walker Blv**
**Dallas, TX 75236**

**NC Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

**Portfolio Recovery**
**Po Box 41067**
**Norfolk, VA 23541**

**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

**Progressive Financial Service**
**PO Box 22083**
**Tempe, AZ 85285**

**Receivables Performance Management**
**PO Box 1548**
**Lynnwood, WA 98036**

**Shellpoint Mortgage Se**
**75 Beattie Pl Ste 300**

**Greenville, SC 29601**

**Smith Debnam Narron Drake Saintsing**
**Attn:  Christina McAlpin**
**PO Box 26268**
**Raleigh, NC 27611-6268**

**Southwest Credit Systems**
**4120 International Parkway Ste 1100**
**Carrollton, TX 75007**

**Southwest Credit Systems**
**4120 International Parkway**
**Carrollton, TX 75007**

**Syncb Bank/American Eagle**
**Attn: Bankruptcy**
**Po Box 965064**
**Orlando, FL 32896**

**Syncb Bank/American Eagle**
**Po Box 965005**
**Orlando, FL 32896**

**Syncb/Basset**
**Po Box 103104**
**Roswell, GA 30076**

**Syncb/Basset**
**C/o Po Box 965036**
**Orlando, FL 32896**

**Synchrony Bank**
**Po Box 965064**
**Orlando, FL 32896**

**Synchrony Bank**
**Po Box 965028**
**Orlando, FL 32896**

**Synchrony Bank**
**Po Box 965064**
**Orlando, FL 32896**

**Synchrony Bank**
**C/o Po Box 965036**
**Orlando, FL 32896**

**Synchrony Bank**
**Po Box 965064**
**Orlando, FL 32896**

**Synchrony Bank**
**Po Box 965028**
**Orlando, FL 32896**

**Synchrony Bank/Amazon**
**Po Box 965064**
**Orlando, FL 32896**

**Synchrony Bank/Amazon**
**Po Box 965015**
**Orlando, FL 32896**

**Synchrony Bank/Lenscrafters**
**Po Box 965064**
**Orlando, FL 32896**

**Synchrony Bank/Lenscrafters**
**C/o Po Box 965036**
**Orlando, FL 32896**

**Synchrony Bank/Sams**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Sams**
Po Box 965005
Orlando, FL 32896

**Synchrony Bank/Sams**
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Sams**
Po Box 965005
Orlando, FL 32896

**Transworld System Inc**
2235 Mercury Way
Ste 275
Santa Rose, CA 95407

**Transworld System Inc**
2235 Mercury Way Ste 275
Santa Rosa, CA 95407

**Transworld System Inc**
2235 Mercury Way
Ste 275
Santa Rose, CA 95407

**Transworld System Inc**
2235 Mercury Way Ste 275
Santa Rosa, CA 95407

**Wells Fargo**
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306

**Wells Fargo**
3201 N 4th Ave
Sioux Falls, SD 57104

**Wells Fargo**
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306

**Wells Fargo**
3201 N 4th Ave
Sioux Falls, SD 57104

**World Omni Financial**
6150 Omni Park Dr
Mobile, AL 36609

**World Omni Financial**
Po Box 91614
Mobile, AL 36691

**World Omni Financial**
6150 Omni Park Dr
Mobile, AL 36609

**World Omni Financial**
Po Box 91614
Mobile, AL 36691

Date:   **February 22, 2017**          /s/ Kristen Nardone
                                       Kristen Nardone 28063