**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| DALLAS EARL TYSON | ) | |
| COLLEEN BARRETT TYSON | ) | |
| | ) | No: B- 17-50171 C-13W |
| | ) | |
| Debtors | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

The Cabarrus County Tax Collector filed a claim for post-petition real property taxes for the year 2019 in the amount of $2,051.92.  The Trustee is of the belief that these taxes and all future real property taxes should be paid directly by the Debtors.

The Trustee recommends as follows:

1.  The claim for $2,051.92 for 2019 real property taxes be paid directly by the Debtors.

2.  All future real property taxes be paid directly by the Debtors as they come due.

Date:  January 13, 2020                                                                s/ Kathryn L. Bringle
KLB:  MM/plc                                                                            Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by February 13, 2020 with the United States Bankruptcy Court at the address of

*601 West 4th Street, Suite 100*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on March 4, 2020 at 9:30 a.m. in the Courtroom at 601 West 4th Street, Suite 100, Winston-Salem, North Carolina.

Date: January 13, 2020                              OFFICE OF THE CLERK
                                                                   U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
17-50171 C-13W

CABARRUS COUNTY TAX COLLECTOR
BOX 707
CONCORD, NC 28026

DALLAS EARL TYSON
COLLEEN BARRETT TYSON
545 BURRAGE RD. NE
CONCORD, NC 28025

KRISTEN S NARDONE
P O BOX 1394
CONCORD, NC 28026-1394

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115